### Joseph V. FRANK, Claimant–Appellant,

v.

### Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2013–7047.

United States Court of Appeals, Federal Circuit.

Dec. 5, 2013.

Aniela K. Szymanski, Bergmann & Moore, LLC, of Bethesda, Maryland, argued for claimant-appellant. With her on the brief were Glenn R. Bergmann and Bryan Andersen.

Eric P. Bruskin, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Tracey Parker Warren, Attorney, United States Department of Veterans Affairs, of Washington, DC.

DYK, O'MALLEY, and CHEN, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**